David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JACK I. BERNABE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JACK I. BERNABE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | **Case No. 2:17-cv-02317-RFB-CWH-**<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE ("GREENPOINT")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant GREENPOINT, **and only as to Defendant GREENPOINT** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant GREENPOINT**.

Dated:　　　　October 20, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/David H. Krieger, Esq.
　　　　　　　　　　　　　　　　　　　David H. Krieger, Esq. (Nevada Bar No. 9086)
　　　　　　　　　　　　　　　　　　　HAINES & KRIEGER, LLC
　　　　　　　　　　　　　　　　　　　8985 S. Eastern Avenue, Suite 350
　　　　　　　　　　　　　　　　　　　Henderson, Nevada 89123
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*