David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JACK I. BERNABE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

JACK I. BERNABE,

        Plaintiff,

v.

BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.

Case No. 2:17-cv-02317-RFB-CWH-

**NOTICE OF DISMISSAL AS TO DEFENDANT BANK OF AMERICA, N.A. ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant BANK OF AMERICA, N.A.**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant BANK OF AMERICA, N.A., **and only as to Defendant BANK OF AMERICA, N.A.** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant BANK OF AMERICA, N.A.**.

Dated:        November 7, 2017

                            Respectfully submitted,

                          By:    /s/David H. Krieger, Esq.
                                  David H. Krieger, Esq. (Nevada Bar No. 9086)
                                  HAINES & KRIEGER, LLC
                                  8985 S. Eastern Avenue, Suite 350
                                  Henderson, Nevada 89123
                                  *Attorney for Plaintiff*