David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
JACK I. BERNABE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JACK I. BERNABE,<br><br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02317-RFB-CWH-<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant EQUIFAX INFORMATION SERVICES, LLC**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant EQUIFAX INFORMATION SERVICES, LLC, **and only as to Defendant EQUIFAX INFORMATION SERVICES, LLC** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant EQUIFAX INFORMATION SERVICES, LLC**.

Dated:       December 1, 2017

                    Respectfully submitted,

                    By:    /s/David H. Krieger, Esq.
                           David H. Krieger, Esq. (Nevada Bar No. 9086)
                           HAINES & KRIEGER, LLC
                           8985 S. Eastern Avenue, Suite 350
                           Henderson, Nevada 89123
                           *Attorney for Plaintiff*